# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| LUZERNE COUNTY COURT OF COMMON PLEAS, | : No. 73 MM 2014 |
| Respondent | : |
| v. | : |
| LAWRENCE HIGGINS, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.